# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   CASEY LEE MCELROY                                    Chapter 13

                                              Case No.: 21-40192-btf-13

**Debtor**

SSN XXX-XX-3242

---

## ORDER CANCELLING WAGE ORDER TO EMPLOYER

---

    You are hereby notified that the Order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

AMAZON
ATTN:  PAYROLL DEPARTMENT
410 TERRY AVE N
SEATTLE, WA  98109-5210


                                                            /s/ Brian T. Fenimore

January 22, 2024

                                                            Bankruptcy Judge

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WATTON LAW GROUP (595541) - ATTORNEY FOR DEBTOR(S)
AMAZON (714943)

                                                            /s/ Richard V. Fink, Trustee


                                                      LB      /Order - Wage - Cancel - Employer